UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                              )<br>)<br>LOU AMARAL,                    )<br>)<br>Defendant.               ) | CRIMINAL NO. 18-10187-DPW |

**RESPONSE BRIEF REGARDING**
**DEFENDANT'S EMERGENCY MOTION FOR COMPASSIONATE RELEASE**

The government hereby submits response brief to address certain questions raised by the Court during the May 22, 2020 hearing on Defendant Lou Amaral's emergency motion for compassionate release. The government understands the Court requested more information regarding the following three areas:

1) **Screening Procedures for Inmate Transfers and New Inmates.** The U.S. Bureau of Prisons ("BOP") is currently operating under a modified operations plan, which is currently in Phase Seven.[1] Pursuant to that plan, internal inmate movement (i.e., between BOP facilities) is generally suspended, with limited exceptions, such as for forensic studies, writs, medical or mental health treatment, and residential reentry placements.[2] Based on the facts and circumstances of each individual transfer, BOP is using testing, quarantines, and/or other measures to mitigate the transmission of COVID-19 into and among the BOP prison environment. In addition, all newly-

---

[1] Phase Seven was announced in Monday, May 18, 2020, and is a continuation of operations plan already in place in Phase Six. *See* https://www.bop.gov/resources/news/20200520_covid-19_phase_seven.jsp.

[2] BOP has published the outline of its modified operations plan at the following website: https://www.bop.gov/coronavirus/covid19_status.jsp.

1

sentenced defendants are first processed through a designated quarantine facility, at which they are tested for COVID-19 both upon arrival and before departure to their designated BOP facility. Supervisory counsel for USP Canaan (the facility at which Amaral is currently housed) represented that, since USP Canaan went into a lockdown status in or about mid-March 2020, he is not aware of USP Canaan receiving any new inmates.

2) **Screening Procedures for USP Canaan Staff.** Under the Phase Seven action plan, enhanced health screening of staff at all BOP facilities is taking place, including via self-reporting and temperature checks. Supervisory counsel for USP Canaan represented that daily temperature checks are being performed at USP Canaan. Testing for COVID-19 is also taking place if a staff member displays any symptoms or if testing is otherwise clinically indicated.

3) **Anticipated Future Screening Procedures at Allenwood Low.** As the Court is aware, Amaral is currently housed at USP Canaan in holdover status, but is designated to FCI Allenwood Low and is expected to be transferred there when conditions permit. Except for in the limited circumstances noted above, neither Amaral nor any other inmates will be transferred during Phase Seven, which is in place through June 30, 2020. Should BOP determine that transfers can be safely accomplished following the expiration of Phase Seven (or at later date), it is likely that BOP facilities (to include Allenwood Low) will nevertheless still require, at a minimum, a 14-day quarantine period for arriving inmates for the foreseeable future. No official policy has been promulgated to date in this area, however. The

government anticipates that BOP will continue to take aggressive action to ensure the safety and security of those in BOP's custody, to include Amaral.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ James R. Drabick*
JAMES R. DRABICK
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel:  (617) 748-3100
james.drabick@usdoj.gov

Dated: May 22, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

Date: May 22, 2020 /s/ *James R. Drabick*
Assistant United States Attorney